UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

    Plaintiff,

v.

GLENDA J. LOOMIS,

    Defendants.

CASE NO. C15-5033BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 65. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's motion to dismiss this action (Dkt. 63) is **GRANTED** and this matter is dismissed without prejudice. All pending motions are denied.

Dated this 26th day January, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER